UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Brian G. Williams,

    Plaintiff,

v.                                                                              Case No.  14-14693

Mortgage Electronic Registration,                        Honorable Sean F. Cox
Systems, Inc., *et al.*,

    Defendants.
_____/

**ORDER ADOPTING
3/26/15 REPORT AND RECOMMENDATION**

    Plaintiff filed this action asserting claims against multiple Defendants.  On January 21, 2015, Defendant REDC, LLC ("REDC") fled a Motion to Dismiss.  That motion was referred to Magistrate Judge Elizabeth Stafford for a Report and Recommendation.

    On March 26, 2015, Magistrate Judge Stafford filed a Report and Recommendation (Docket Entry No. 21) wherein she recommends that the Court grants REDC's Motion to Dismiss.

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made."  *Id*.

    The time for filing objections to the R&R has expired and the docket reflects that neither

1

party has filed objections to the R&R. The Court hereby ADOPTS the March 26, 2015 R&R.

IT IS FURTHER ORDERED that Defendant REDC's Motion to Dismiss is GRANTED and all claims asserted against Defendant REDC are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: April 15, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 15, 2015, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager

2